■ PAUL CONSTANDINOU, Respondent, v VICKIE CONSTANDINOU, Also Known as VASILIKI MIHOU, Appellant. (Appeal No. 1.) [695 NYS2d 844] —Judgment unanimously affirmed without costs. Memorandum: Supreme Court properly granted plaintiff's motion for summary judgment in lieu of complaint based upon the default judgment that was entered against defendant in Canada (*see,* CPLR 5303). We reject defendant's contention that "the [money] judgment was rendered under a system which does not provide impartial tribunals or procedures compatible with the requirements of due process of law" (CPLR 5304 [a] [1]; *see, Canadian Imperial Bank of Commerce v Saxony Carpet Co.*, 899 F Supp 1248, 1252, *affd* 104 F3d 352; *Clarkson Co. v Shaheen*, 544 F2d 624, 629-630). Defendant voluntarily appeared in the proceedings in Canada (*see,* CPLR 5305 [a] [2]), and thus the court had personal jurisdiction over her (*see,* CPLR 5304 [a] [2]). Defendant's averments of fraud (*see,* CPLR 5304 [b] [3]) are "nothing more than an attempt to reopen the merits of the [Canadian] action" (*Thorpe v McCaffrey*, 157 AD2d 879, 882). Defendant was notified of the trial date and admits that she "decided to default". "Having defaulted * * * defendant may not now challenge the merits of plaintiff['s] claims collaterally" (*Porisini v Petricca*, 90 AD2d 949). (Appeal from Judgment of Supreme Court, Onondaga County, Major, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.

■ PAUL CONSTANDINOU, Respondent, v VICKIE CONSTANDINOU, Also Known as VASILIKI MIHOU, Appellant. (Appeal No. 2.) [696 NYS2d 729] —Appeal unanimously dismissed without costs (*see, Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988; *see also, Chase Manhattan Bank v Roberts & Roberts*, 63 AD2d 566, 567; CPLR 5501 [a] [1]). (Appeal from Order of Supreme Court, Onondaga County, Major, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wisner, Hurlbutt and Balio, JJ.